UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAFAEL J. PETITPHAIT,**

      **Plaintiff,**

v.                                     Case No. 6:24-cv-2282-CEM-DCI

**ORLANDO REGIONAL
MEDICAL CENTER,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 10), recommending that the case be dismissed for lack of subject matter jurisdiction, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 10) is **ADOPTED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

3. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED as moot**.

4. The Clerk is directed close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party